# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50010
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
July 21, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

CESAR HUMBERTO VALENCIA-TERRAZAS,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-433-1

---

Before WIENER, ELROD, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

Cesar Humberto Valencia-Terrazas appeals his conviction and sentence for illegal reentry into the United States after a previous deportation under 8 U.S.C. § 1326(a) and (b)(2). He argues that treating a prior felony conviction that increases the statutory maximum under § 1326(b) as a sentencing factor, rather than a separate element of the offense, violates the

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-50010

Constitution.  He has filed an unopposed motion for summary disposition and a letter brief conceding correctly that this issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998).  *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019).  Valencia-Terrazas states that he has raised the issue only to preserve it for possible further review.  Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Valencia-Terrazas's motion is GRANTED, and the district court's judgment is AFFIRMED.